Capital One Bank
PO Box 71083
Charlotte, NC  28272


Chase Bank USA NA
C/O JP Morgan Chase Legal Department
1985 Marcus Avenue NY2-M352
New Hyde Park, NY  11042


Discover Bank
C/O Cohen & Slamowtiz LLP
PO Box 9012
Woodbury, NY  11797


EMC Mortgage Corporation
PO Box 619063
Dallas, TX  75261


PNC Bank
PO Box 856177
Louisville, KY  40285


Rockland County Sheriff
Civil Enforcement Division
55 New Hempstead Road
New City, NY  10956